**Patrick TOBIAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 96861.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 20, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 2012.

Application for Transfer
Denied July 3, 2012.

Gary E. Brotherton, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Robert J. (Jeff) Bartholomew, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, J. and ROBERT M. CLAYTON III, J.

*ORDER*

PER CURIAM.

Patrick Tobias appeals the judgment denying his Rule 29.15 motion without an evidentiary hearing. We find that the motion court did not clearly err in denying Tobias' request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).